UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PANKAJ MERCHIA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 23-10494-MPK |
| JOHN KEOUGH, et al., | ) ) ) | |
| Defendants. | ) ) | |

ORDER

May 3, 2023

Kelley, M.J.

On March 2, 2023, plaintiff Pankaj Merchia, a resident of Florida proceeding *pro se*, filed a civil complaint accompanied by motions for leave to file electronically, for limited assistance and to pay the filing fee by credit card. Docket Nos. 1 – 4. This action was randomly assigned to this court. Docket No. 5.

Upon review of the pleadings, the court rules as follows:

1. Plaintiff's motion to make payment of filing fee by credit card (Docket No. 4) is **DENIED**. The filing fee for a civil complaint is $402.00. The fee schedule can be found on the court's website at www.mad.uscourts.gov/finance/fees.htm. As noted by plaintiff in his motion, non-attorneys may not make on-line credit card payments. If plaintiff wishes to proceed with this action, within 21 days of the date of this Order, he must either (1) pay the $402.00 filing fee; or (2) move for leave to proceed without prepayment of the filing fee.

2. Plaintiff's motion for access to limited assistance (Docket No. 3) is **DENIED** as moot. In his motion, plaintiff seeks permission from the court to hire, at his own expense, one or more librarians, paralegals and attorneys. Although a civil plaintiff lacks a constitutional right to a free attorney, *DesRosiers v. Moran*, 949 F.2d 15, 23 (1st Cir. 1991), a party does not need permission from the court to hire an attorney or seek legal assistance.

3. Plaintiff's motion for leave to electronically file (Docket No. 2) is **ALLOWED** on the condition that plaintiff satisfies all applicable training and other requirements for e-filing by pro se litigants. Pro se litigants must have an individual PACER account for e-filing. Plaintiff may register for an individual PACER for e-filing through https://pacer.uscourts.gov/register-account. If plaintiff already has an individual PACER account for e-filing, plaintiff does not have to register again. Pro se litigant e-filing instructions are available at https://www.mad.uscourts.gov/caseinfo/nextgen-pro-se.htm.

**SO ORDERED**.

/s/ M. Page Kelley
M. PAGE KELLEY
United States Magistrate Judge